1  RICHARD CURIALE (SBN 103659)
   rcuriale@curialewilson.com
2  JOSEPH C. WILSON (SBN 249027)
   jwilson@curialewilson.com
3  CURIALE WILSON LLP
   One Maritime Plaza, Suite 1000
4  San Francisco, CA 94111
   Tel:   (415) 908-1001
5  Fax:   (415) 796-0875

6  Attorneys for Defendant SCANDINAVIAN DESIGNS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 NICOLAS MOLINA,                          Case No.:  C 13-04256-NC

12               Plaintiff,                 **STIPULATION TO CONTINUE INITIAL
                                            CASE MANAGEMENT CONFERENCE
13        vs.                               AND EXTEND ADR DEADLINES**
                                            AND ORDER THEREON
14 SCANDINAVIAN DESIGNS, INC., and
   DOES 1 THROUGH 100

15               Defendant.

16                                          Complaint Filed: September 13, 2013

17

18

19

20

21

22

23

24

25

26

27

28

1    Whereas, the action entitled *Molina v. Scandinavian Designs, Inc.*, Case No. C 13-04256-

2  NC was filed on September 13, 2013.

3    Whereas, Defendant Scandinavian Designs Inc. ("Defendant") filed a motion to compel

4  arbitration on October 30, 2013.

5    Whereas, Defendant's Motion is set for hearing on December 4, 2013.

6    Whereas, Initial Case Management Conference is set for December 12, 2013.

7    Whereas, the last day to meet and confer regarding initial disclosures, file an ADR

8  Certification, and file either a Stipulation to ADR or Notice of Need for ADR Phone Conference

9  is November 20, 2013.

10    Whereas, the last day to file a Rule 26(f) Report, complete initial disclosures, and file a

11  Case Management Statement is December 4, 2013.

12    Whereas, the parties agree that if the Court grants Defendant's motion, the deadlines set

13  forth above become moot.

14    Whereas, the parties agree that they are not in position to confer regarding ADR, a

15  discovery plan, or initial disclosures until a ruling is made on Defendant's motion.

16    IT IS HEREBY STIPULATED to the following:

17    1.    The Initial Case Management Conference will be continued to January 15, ~~2013~~ 2014

18  at 10:00 a.m., in Courtroom A, 15th Floor.

19    2.    The last day to meet and confer regarding initial disclosures, file an ADR

20  Certification, and file either a Stipulation to ADR or Notice of Need for ADR Phone Conference

21  is extended to a date two weeks after the Court rules on Defendant's motion, if the motion is

22  denied.

23    3.    The last day to file a Rule 26(f) Report, complete initial disclosures, and file a

24  Case Management Statement is January 8, 2013.

25  / / /

26  / / /

27  / / /

28

---

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND ADR   2
DEADLINES
Case No.:  C 13-04256-NC**

1    Dated: November 19, 2013                          CURIALE WILSON LLP

2

3

4                                                      /s/ Joseph C. Wilson
                                                       JOSEPH C. WILSON
                                                       Attorneys for Defendant
5                                                      Scandinavian Designs, Inc.

6    Dated: November 19, 2013                          LAW OFFICES OF MICHAEL H. KIM,
                                                       A PROFESSIONAL CORPORATION
7

8

9                                                      /s/ Michael H. Kim
                                                       MICHAEL H. KIM
10                                                     Attorneys for Plaintiff
                                                       Nicolas Molina
11

12   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13

14   Dated:   November 20, 2013

15

16

17   Hon. N_____                         _____ tates District Court
     Ma_____                           Nor_____

18

19

20

21

22

23

24

25

26

27

28

---

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND ADR**   3
**DEADLINES**
**Case No.:  C 13-04256-NC**