1  RICHARD CURIALE (SBN 103659)
   rcuriale@curialewilson.com
2  JOSEPH C. WILSON (SBN 249027)
   jwilson@curialewilson.com
3  CURIALE WILSON LLP
   One Maritime Plaza, Suite 1000
4  San Francisco, CA 94111
   Tel:   (415) 908-1001
5  Fax:   (415) 796-0875

6  Attorneys for Defendant SCANDINAVIAN DESIGNS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 NICOLAS MOLINA,                         Case No.: C 13-04256-NC

12              Plaintiff,                 **STIPULATION TO CONTINUE INITIAL
                                           CASE MANAGEMENT CONFERENCE
13     vs.                                 AND EXTEND ADR DEADLINES**
                                           AND ORDER THEREON
14 SCANDINAVIAN DESIGNS, INC., and
   DOES 1 THROUGH 100
15
                Defendant.
16                                         Complaint Filed: September 13, 2013

17

18

19

20

21

22

23

24

25

26

27

28

---

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND ADR**   1
**DEADLINES**
**Case No.:  C 13-04256-NC**

1    Whereas, the action entitled *Molina v. Scandinavian Designs, Inc.*, Case No. C 13-04256-
2 NC was filed on September 13, 2013.
3    Whereas, Defendant Scandinavian Designs Inc. ("Defendant") filed a motion to compel
4 arbitration on October 30, 2013.
5    Whereas, Defendant's Motion is set for hearing on December 4, 2013.
6    Whereas, Initial Case Management Conference is set for December 12, 2013.
7    Whereas, the last day to meet and confer regarding initial disclosures, file an ADR
8 Certification, and file either a Stipulation to ADR or Notice of Need for ADR Phone Conference
9 is November 20, 2013.
10    Whereas, the last day to file a Rule 26(f) Report, complete initial disclosures, and file a
11 Case Management Statement is December 4, 2013.
12    Whereas, the parties agree that if the Court grants Defendant's motion, the deadlines set
13 forth above become moot.
14    Whereas, the parties agree that they are not in position to confer regarding ADR, a
15 discovery plan, or initial disclosures until a ruling is made on Defendant's motion.
16    IT IS HEREBY STIPULATED to the following:
17    1.    The Initial Case Management Conference will be continued to January 15, ~~2013~~ 2014
18 at 10:00 a.m., in Courtroom A, 15th Floor.
19    2.    The last day to meet and confer regarding initial disclosures, file an ADR
20 Certification, and file either a Stipulation to ADR or Notice of Need for ADR Phone Conference
21 is extended to a date two weeks after the Court rules on Defendant's motion, if the motion is
22 denied.
23    3.    The last day to file a Rule 26(f) Report, complete initial disclosures, and file a
24 Case Management Statement is January 8, 2013.
25 / / /
26 / / /
27 / / /
28

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND ADR DEADLINES**
**Case No.:  C 13-04256-NC**

2

Case 3:13-cv-04256-NC   Document 14   Filed 11/20/13   Page 3 of 3

1  Dated: November 19, 2013                                    CURIALE WILSON LLP

4                                                              */s/ Joseph C. Wilson*
                                                               JOSEPH C. WILSON
                                                               Attorneys for Defendant
5                                                              Scandinavian Designs, Inc.

6  Dated: November 19, 2013                                    LAW OFFICES OF MICHAEL H. KIM,
                                                               A PROFESSIONAL CORPORATION

9                                                              */s/ Michael H. Kim*
                                                               MICHAEL H. KIM
10                                                             Attorneys for Plaintiff
                                                               Nicolas Molina

12  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

14  Dated:   November 20, 2013

17                                               Hon. N_____
                                                 Ma_____      GRANTED      _____tes District Court
                                                 Nor_____                  
                                                        Judge Nathanael M. Cousins

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND ADR DEADLINES**
**Case No.:  C 13-04256-NC**

3