1  RICHARD CURIALE (SBN 103659)
   rcuriale@curialewilson.com
2  JOSEPH C. WILSON (SBN 249027)
   jwilson@curialewilson.com
3  CURIALE WILSON LLP
   One Maritime Plaza, Suite 1000
4  San Francisco, CA 94111
   Tel:   (415) 908-1001
5  Fax:   (415) 796-0875

6  Attorneys for Defendant SCANDINAVIAN DESIGNS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | NICOLAS MOLINA,              | Case No.: C 13-04256-NC
   |                              |
12 |         Plaintiff,           | **STIPULATION TO CONTINUE INITIAL
   |                              | CASE MANAGEMENT CONFERENCE
13 |     vs.                      | AND EXTEND ADR DEADLINES**
   |                              |
14 | SCANDINAVIAN DESIGNS, INC., and |
   | DOES 1 THROUGH 100           |
15 |                              |
   |         Defendant.           |
16 |                              | Complaint Filed: September 13, 2013

1       Whereas, the action entitled *Molina v. Scandinavian Designs, Inc.*, Case No. C 13-04256-NC was filed on September 13, 2013.

      Whereas, Defendant Scandinavian Designs Inc. ("Defendant") filed a motion to compel arbitration on October 30, 2013.

      Whereas, Defendant's Motion was heard by this Court on December 4, 2013.

      Whereas, the Initial Case Management Conference is set for January 15, 2014.

      Whereas, the last day to file a Rule 26(f) Report, complete initial disclosures, and file a Case Management Statement is January 8, 2014.

      Whereas, the last day to meet and confer regarding initial disclosures, file an ADR Certification, and file either a Stipulation to ADR or Notice of Need for ADR Phone Conference was extended to a date two weeks after the Court rules on Defendant's motion, if the motion is denied.

      Whereas, the defendant contends that if the Court grants Defendant's motion, the deadlines set forth above become moot.

      Whereas, the defendant contends that it is not in position to confer regarding ADR, a discovery plan, or initial disclosures until a ruling is made on Defendant's motion.

      IT IS HEREBY STIPULATED to the following:

1. The Initial Case Management Conference will be continued to February 26, ~~2013~~ 2014 at 10:00 a.m., in Courtroom A, 15th Floor.

2. The last day to meet and confer regarding initial disclosures, file an ADR Certification, and file either a Stipulation to ADR or Notice of Need for ADR Phone Conference is extended to a date two weeks after the Court rules on Defendant's motion, if the motion is denied.

3. The last day to file a Rule 26(f) Report, complete initial disclosures, and file a Case Management Statement is February 19, 2014.

/ / /

/ / /

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND ADR DEADLINES**
Case No.: C 13-04256-NC     2

| | | |
|---|---|---|
| 1 | Dated: January 6, 2014 | CURIALE WILSON LLP |
| 2 | | |
| 3 | | |
| 4 | | */s/ Joseph C. Wilson*<br>JOSEPH C. WILSON |
| 5 | | Attorneys for Defendant<br>Scandinavian Designs, Inc. |
| 6 | Dated: January 6, 2014 | LAW OFFICES OF MICHAEL H. KIM,<br>A PROFESSIONAL CORPORATION |

*/s/ Michael H. Kim*
MICHAEL H. KIM
Attorneys for Plaintiff
Nicolas Molina

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 7, 2014

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Magistrate ... United States District Court
Northern ...

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND ADR DEADLINES**
**Case No.: C 13-04256-NC**

3