1  RICHARD CURIALE (SBN 103659)
   rcuriale@curialewilson.com
2  JOSEPH C. WILSON (SBN 249027)
   jwilson@curialewilson.com
3  CURIALE WILSON LLP
   One Maritime Plaza, Suite 1000
4  San Francisco, CA 94111
   Tel:    (415) 908-1001
5  Fax:    (415) 796-0875

6  Attorneys for Defendant SCANDINAVIAN DESIGNS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | NICOLAS MOLINA,                              | Case No.: C 13-04256-NC
12 |                    Plaintiff,                |
   |                                              | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND ADR DEADLINES**; ORDER AS MODIFIED
13 |        vs.                                   |
14 | SCANDINAVIAN DESIGNS, INC., and DOES 1 THROUGH 100 |
15 |                    Defendant.                |
16 |                                              | Complaint Filed: September 13, 2013

17

18

19

20

21

22

23

24

25

26

27

28

1    Whereas, the action entitled *Molina v. Scandinavian Designs, Inc.*, Case No. C 13-04256-
2    NC was filed on September 13, 2013.
3    Whereas, Defendant Scandinavian Designs Inc. ("Defendant") filed a motion to compel
4    arbitration on October 30, 2013.
5    Whereas, Defendant's Motion was heard by this Court on December 4, 2013.
6    Whereas, the Initial Case Management Conference is set for February 26, 2014.
7    Whereas, the last day to file a Case Management Statement is February 19, 2014.
8    Whereas, the last day to meet and confer regarding initial disclosures, file an ADR
9    Certification, and file either a Stipulation to ADR or Notice of Need for ADR Phone Conference
10   was extended to a date two weeks after the Court rules on Defendant's motion, if the motion is
11   denied.
12   Whereas, Defendant contends that if the Court grants Defendant's motion, the deadlines
13   set forth above become moot.
14   Whereas, Defendant contends that it is not in position to confer regarding ADR, a
15   discovery plan, or initial disclosures until a ruling is made on Defendant's motion.
16   Whereas, Defendant's lead counsel is currently in trial in Alameda Superior Court, Civil
17   Division, in the case entitled *Benson v. Unity Courier Service, Inc.*, Case No. RG12641764, and
18   trial in this matter is scheduled to continue until March 6, 2014.
19   IT IS HEREBY STIPULATED to the following:
20   1.    The Initial Case Management Conference will be continued to March 26, 2014 at
21   ~~10:00 a.m.~~ 2:00 PM, in Courtroom A, 15th Floor.
22   2.    The last day to meet and confer regarding initial disclosures, file an ADR
23   Certification, and file either a Stipulation to ADR or Notice of Need for ADR Phone Conference
24   is extended to a date two weeks after the Court rules on Defendant's motion, if the motion is
25   denied.
26   3.    The last day to file a Rule 26(f) Report, complete initial disclosures, and file a
27   Case Management Statement is March 19, 2014.
28

STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND ADR   2
DEADLINES
Case No.:  C 13-04256-NC

1  Dated: February 19, 2014                                      CURIALE WILSON LLP

2

3
                                                                 */s/ Joseph C. Wilson*
4                                                                JOSEPH C. WILSON
                                                                 Attorneys for Defendant
5                                                                Scandinavian Designs, Inc.

6  Dated: February 19, 2014                                      LAW OFFICES OF MICHAEL H. KIM,
                                                                 A PROFESSIONAL CORPORATION
7

8

9                                                                */s/ Michael H. Kim*
                                                                 MICHAEL H. KIM
10                                                               Attorneys for Plaintiff
                                                                 Nicolas Molina
11

12  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13

14  Dated:    February 24, 2014

15

16
                                                                 _____
17                                                               The Honorable Nathanael M. Cousins
                                                                 Magistrate Judge, United States District Court
18                                                               Northern District of California

*IT IS SO ORDERED AS MODIFIED*
*Judge Nathanael M. Cousins*

---

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND ADR DEADLINES**
**Case No.:  C 13-04256-NC**                                                                              3